IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LARRY SANFORD WALKER, | : | Civil No. 3:21-cv-1881 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| UNITED STATES, *et al.*, | : | |
| Defendants | : | |

### ORDER

**AND NOW**, this 22nd day of April, 2022, upon consideration of Plaintiff's motion (Doc. 5) for appointment of counsel, and in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT** the motion (Doc. 5) is **DENIED** without prejudice.

Robert D. Mariani
United States District Judge