IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LARRY SANFORD WALKER, | : | Civil No. 3:21-cv-1881 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| UNITED STATES OF AMERICA, *et al.*, | : | |
| Defendants | : | |

**ORDER**

**AND NOW**, this 10th day of May, 2022, upon consideration of Defendants' motion (Doc. 16) to dismiss, and the parties' respective briefs in support of and in opposition to said motion, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. The motion (Doc. 16) is **GRANTED**. The complaint (Doc. 1) is **DISMISSED**.

2. The action against the two unknown prison officials is **DISMISSED** pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. *See* FED. R. CIV. P. 4(m).

3. The Clerk of Court is directed to **CLOSE** this case.

4. Any appeal from this Order is **DEEMED** frivolous and not taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge